UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAVON GORDON, | : | |
| Petitioner, | : | Civ. No. 14-6760 (RBK) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

Petitioner is a federal prisoner proceeding *pro se* with an amended motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. On May 4, 2015, this Court ordered respondent to answer the amended § 2255 motion within forty-five days. On July 27, 2015, having received nothing from respondent on the record in response to the order to answer within the forty-five day period, this Court issued an order to show cause on respondent why the amended § 2255 motion should not be granted.

On July 30, 2015, respondent submitted a letter in response to the order to show cause. Respondent apologizes for missing the deadline and states that the Assistant United States Attorneys assigned to this case have been engaged in other matters. Nevertheless, respondent admits that it should have requested additional time from the Court to file a response but failed to do so. Respondent now requests an extension of time until August 21, 2015 to file its response to the amended § 2255 motion. Good cause being shown, the Court will grant the request.

Accordingly, IT IS this 3rd day of August, 2015,

ORDERED that respondent's request for an extension of time to file an answer to the amended § 2255 motion (Dkt. No. 16.) is granted; and it is further

1

ORDERED that respondent shall file and serve its answer on or before August 21, 2015; and it is further

ORDERED that the Clerk shall serve this Order on petitioner by regular U.S. mail.

ROBERT B. KUGLER
United States District Judge